CCC:EEA
F. #2021R01090

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 01 2022 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

CARLOS OSWALDO SARMIENTO-CUJI,
 also known as "Carlos Sarmiento,"

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 8, U.S.C., §§ 1326(a) and
 1326(b)(1); T. 18, U.S.C.,
 §§ 3551 et seq.)

CR 22 45

BROWN, J.

WICKS, M.J.

THE GRAND JURY CHARGES:

## ILLEGAL REENTRY

On or about October 3, 2021, within the Eastern District of New York, the defendant CARLOS OSWALDO SARMIENTO-CUJI, also known as "Carlos Sarmiento," an alien who had previously been removed and deported from the United States after a conviction for the commission of a felony, was found in the United States, without the

Secretary of the United States Department of Homeland Security and the United States Attorney General having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(1); Title 18, United States Code, Section 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F.#:2021R01090

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

CARLOS OSWALDO SARMIENTO-CUJI,
also known as "Carlos Sarmiento,"

Defendant.

# INDICTMENT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(1);
T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*Erin E. Argo, Assistant U.S. Attorney (631) 715-7846*